UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

SYLVIA A. SWAN                        )
                                      )
                                      )
       Plaintiff,                     )
                                      )         **JUDGMENT**
v.                                    )
                                      )         No. 5:16-CV-167-RN
NANCY A. BERRYHILL,                   )
*Acting Commissioner of Social Security,*  )
                                      )
       Defendant.                     )

**Decision by Court.**

**This action came before the Honorable Robert T. Numbers, II, United States Magistrate Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED AND DECREED that the Court GRANTS Swan's Motion for Judgment on the Pleadings, DENIES Berryhill's Motion for Judgment on the Pleadings, and REMANDS this matter to the Commissioner for further consideration.**

This Judgment Filed and Entered on May 10, 2017 with service on:
Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Lisa M. Rayno (via CM/ECF Notice of Electronic Filing)


Date: May 10, 2017                              PETER A. MOORE, JR., CLERK

                                                _____
                                                Lauren Herrmann, Deputy Clerk