UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SYLVIA A. SWAN, )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>ANDREW SAUL, )<br>Commissioner of Social Security )<br>)<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:16-CV-167-RN** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that pursuant to the order entered on August 5, 2019, the Commissioner of Social Security pay to Plaintiff's counsel, Charlotte W. Hall, the sum of $17,000.00 and that Plaintiff's counsel pay to Plaintiff the sum of $4,725.00 and upon the payment of such sums, this case is dismissed with prejudice.

This Judgment filed and entered on August 8, 2019, and copies to:
Charlotte Williams Hall (via CM/ECF electronic notification)
Lisa M. Rayo (via CM/ECF electronic notification)

August 8, 2019

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Susan K. Edwards
Deputy Clerk